NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DARIN A. JONES,**
*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent*

**DEPARTMENT OF JUSTICE,**
*Intervenor*

---

2014-3050

---

Petition for review of the Merit Systems Protection Board in No. DC-3151-12-0847-I-1.

---

**JUDGMENT**

---

DARIN A. JONES, Bethesda, MD, pro se.

LINDSEY SCHRECKENGOST, Office of the General Counsel, Merit Systems Protection Board, Washington, DC, for respondent. Also represented by BRYAN G. POLISUK.

MEEN GEU OH, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, for intervenor. Also represented by STUART F. DELERY, ROBERT E. KIRSCHMAN, JR., CLAUDIA BURKE.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, MOORE, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 18, 2015                    /s/  Daniel  E.  O'Toole
       Date                          Daniel E. O'Toole
                                     Clerk of Court